**No. 2023-1427**

# United States Court of Appeals for the Federal Circuit

_____

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellant*

v.

**F5, INC., fka F5 Networks, Inc.,**
*Defendant-Appellee*

*On appeal from the United States District Court for the Western District of Washington, Case No. 2:21-cv-00126-BJR, Hon. Barbara J. Rothstein, Judge Presiding.*

## NOTIFICATION OF FILED NOTICE OF APPEAL

ARI RAFILSON
arafilson@cjsjlaw.com
MARK D. SIEGMUND
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PLLC
7901 Fish Pound Rd.
Second Floor
Waco, TX 76710
Telephone: (254)732-2242
Facsimile: (866) 627-3509

*Counsel for Plaintiff-Appellant*

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

Case Number __2023-1427__

Short Case Caption __WSOU Investments LLC v. F5 Networks, Inc.__

Filing Party/Entity __WSOU Investments, LLC d/b/a Brazos Licensing and Development__

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: __02/25/2025__         Signature:  __/s/ Ari Rafilson__

                             Name:  __Ari Rafilson__

**FORM 9. Certificate of Interest**

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. <br><br> ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. <br><br> ☑ None/Not Applicable |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)   ☑  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.**  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**NOTIFICATION OF FILED NOTICE OF APPEAL**

On February 28, 2025, this Court dismissed the present appeal, but stated that it would reinstate said appeal and proceed with oral argument on March 5, 2025 if Plaintiff-Appellant WSOU Investments LLC, dba Brazos Licensing and Development ("Brazos") "no later than 3 p.m. eastern time, March 4, 2025 … has filed a notice of appeal from the entry of an appealable order entered by the district court and so notified this court." Dkt. 67. On March 3, 2025, the district court dismissed Defendant-Appellee F5, Inc.'s ("F5") counterclaims of invalidity without prejudice *nunc pro tanc* to the date of its prior judgment (APPX64). Exhibit 1. On March 3, 2025, Brazos filed a notice of appeal of the court's prior judgment as modified *nunc pro tunc* by that court's order dismissing F5's invalidity counterclaims. Exhibit 2. Because the district court has dismissed those counterclaims, there is a final judgment and this Court has jurisdiction over a reinstated appeal. *See Pandrol USA, LP v. Airboss Ry. Prods., Inc.*, 320 F.3d 1354, 1359 (Fed. Cir. 2003).

Dated: March 4, 2025

*/s/ Ari Rafilson*

Ari Rafilson
arafilson@cjsjlaw.com
Mark D. Siegmund
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES PLLC
7901 Fish Pound Rd. Second Floor
Waco, TX 76710
Telephone: (254)732-2242
Facsimile: (866) 627-3509

*Counsel for Plaintiff-Appellant*
*WSOU Investments, LLC d/b/a Brazos*
*Licensing and Development*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 178 words. This motion also complies with the substantive requirements of Federal Circuit Rule 27(a).

This motion complies with typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in 14-point Times New Roman font.

Dated: March 4, 2025

*/s/ Ari Rafilson*
Ari Rafilson

*Counsel for Plaintiff-Appellant*
*WSOU Investments, LLC d/b/a Brazos*
*Licensing and Development*

# EXHIBIT 1

2

HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT'S COUNTERCLAIMS OF INVALIDITY** |

This matter came before the Court upon the parties' Joint Motion for Dismissal Without Prejudice of Defendant's Counterclaims of Invalidity.

The Court, having considered the Joint Motion including the law and stipulation of the Parties therein, ORDERS that F5's invalidity counterclaims of invalidity (Dkt. 34, Count II ¶¶ 9-11) in Case No. 2:21-cv-00126-BJR are hereby dismissed without prejudice and that F5 will be allowed to assert those counterclaims in the event this matter is remanded for further consideration by the Federal Circuit Court of Appeals. The foregoing is hereby granted *nunc pro tunc* to the date of the Court's prior Judgment in this case (Dkt. 217), December 13, 2022.

ORDER - 1
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED**.

DATED this 3rd of March, 2025.

*[signature]*

The Honorable Barbara J. Rothstein
United States District Judge

Presented by:

By: /s/ *Ramsey M. Al-Salam*
    Ramsey M. Al-Salam

KING & SPALDING LLP

Shane Brun (*Pro Hac Vice*)
sbrun@kslaw.com
601 S. California Ave.
Suite 100
Palo Alto, CA 94304
Telephone: (415) 318-1245
Fax: (415) 318-1200

Angela Tarasi (*Pro Hac Vice*)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

PERKINS COIE LLP
Ramsey M. Al-Salam, WSBA No. 18822
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000
Email: RAlSalam@perkinscoie.com

Attorneys for F5 NETWORKS, INC.

By: /s/ *Ari Rafilson*
Ari B Rafilson (Admitted *pro hac vice*)
Mark D Siegmund (Admitted *pro hac vice*)
CHERRY JOHNSON SIEGMUND JAMES PLLC
7901 FISH POND RD., SUITE 200
Waco, TX 76710
400 AUSTIN AVE
STE 9TH FLOOR
WACO, TX 76710
Telephone: (254) 732-2242
Email: arafilson@cjsjlaw.com
Email: msiegmund@cjsjlaw.com

Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
(206) 625-8600 Phone
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
CORR CRONIN LLP
(206) 625-0900 Fax
bmarks-dias@corrcronin.com
elindberg@corrcronin.com

Attorneys for Plaintiff WSOU Investments, LLC
d/b/a Brazos Licensing and Development

ORDER - 2
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT 2

HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>               Plaintiff,<br><br>    v.<br><br>F5 NETWORKS, INC.,<br><br>               Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

PLAINTIFF'S NOTICE OF APPEAL
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

Pursuant to 28 U.S.C. § 1295, Fed. R. App. P. 3 and 4, and Fed. Cir. R. 3 and 4, notice is hereby given that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") respectfully appeals to the United States Court of Appeals for the Federal Circuit from the District Court's December 13, 2022 Final JUDGMENT (21-cv-126, Dkt. 217) as modified *nunc pro tunc* by the Court's order entered on March 3, 2025 (21-cv-126, Dkt. 242) and from any and all other findings, determinations, conclusions, orders, opinions, decisions, judgments and rulings leading up to that Final Judgment, including, without limitation, the District Court's:

- December 13, 2022 ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (21-cv-126, Dkt. 216);

- November 28, 2022 ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (21-cv-126, Dkt. 215);

- July 1, 2022 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS; DENYING PLAINTIFF'S REQUEST TO COMPEL DISCOVERY; DENYING DEFENDANT'S MOTION TO AMEND ITS INVALIDITY CONTENTIONS (21-cv-126, Dkt. 175);

- June 27, 2022 ORDER ON DISCOVERY DISPUTES AND MOTION TO MODIFY CASE SCHEDULE (21-cv-126, Dkt. 158); and

- January 28, 2022 ORDER ON CLAIM CONSTRUCTION (21-cv-126, Dkt. 89).

By way of background, Brazos previously appealed this Court's finding of noninfringement to the U.S. Court of Appeals for the Federal Circuit. 21-cv-126, Dkt. 220. On February 21, 2025, the Federal Circuit issued a *sua sponte* order instructing the Parties to be prepared to address the apparent lack of finality of this Court's proceedings due to F5's outstanding counterclaims of invalidity, and the impact of that issue on appellate jurisdiction. 20-cv-1878, Dkt. 283-1. The parties agreed that the Court's order granting F5's motion for summary judgment (21-cv-126, Dkt. 216) and its judgment (21-cv-126, Dkt. 217) did not dismiss or otherwise rule on F5's counterclaims of invalidity. In order to resolve the jurisdictional issue, on February 28, 2025, the parties filed a joint motion, requesting that this Court order that F5's "counterclaims of invalidity (Dkt. 34, Count II ¶¶ 9-11) in Case No. 2:21-cv-00126-BJR are

PLAINTIFF'S NOTICE OF APPEAL - 1
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

hereby dismissed without prejudice and that F5 will be allowed to assert those counterclaims in the event this matter is remanded for further consideration by the Federal Circuit Court of Appeals." 20-cv-1878, Dkt. 283-2. The Court granted that motion on March 3, 2025 and further ordered that "the foregoing is hereby granted *nunc pro tunc* to the date of the Court's prior Judgment in this case (Dkt. 217), December 13, 2022. 21-cv-126, Dkt. 242.

On February 28, 2025, the Federal Circuit dismissed the appeal (23-1427), but stated that "this court will reinstate the appeal under the same docket number … if, no later than 3 p.m. eastern time, March 4, 2024, WSOU Investments LLC has filed a notice of appeal from the entry of an appealable order entered by the district court and so notified this court." 21-cv-126, Dkt. 240. Because this Court has now dismissed F5's counterclaims of invalidity without prejudice *nunc pro tunc*, its prior Judgment in this case is final within the meaning of 28 U.S.C. § 1295(a)(1) and Federal Rule of Civil Procedure 54(b). *See Pandrol USA, LP v. Airboss Ry. Prods., Inc.*, 320 F.3d 1354, 1359 (Fed. Cir. 2003) (affirming approach).

Dated: March 3, 2025

Respectfully submitted,

By: /s/ *Eric A. Lindberg*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600
Email: bmarks-dias@corrcronin.com
Email: elindberg@corrcronin.com

Ari B Rafilson (Admitted *pro hac vice*)
Mark D Siegmund (Admitted *pro hac vice*)
CHERRY JOHNSON SIEGMUND JAMES PLLC
7901 Fish Pond Rd., Suite 200
Waco, TX 76710
400 Austin Ave, Ste. 9th Floor
Waco, TX 76710
Telephone: (254) 732-2242
Email: arafilson@cjsjlaw.com
Email: msiegmund@cjsjlaw.com

Attorneys for Plaintiff WSOU Investments, LLC
d/b/a Brazos Licensing and Development

PLAINTIFF'S NOTICE OF APPEAL - 2
(CONSOLIDATED UNDER CASE NO. 2:20-cv-01878-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900